UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **CV 23-4830-MWF(AFMx)** | Date: August 22, 2023 |
| Title | **Andrew Prokos v. Costway.com, Inc., et al.** | |

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on June 20, 2023. (Docket No. 1). Plaintiff filed Proof of Service of the Summons and Complaint on July 17, 2023. (Docket No. 11). A response to the Complaint was due on August 14, 2023.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **SEPTEMBER 1, 2023**.

- BY DEFENDANT: RESPONSE TO THE COMPLAINT ("Response") by Defendant.

    OR

- BY PLAINTIFF: APPLICATION FOR CLERK TO ENTER DEFAULT.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause by **SEPTEMBER 1, 2023** will result in the dismissal of this action.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 23-4830-MWF(AFMx)**                                     Date:  August 22, 2023

Title         **Andrew Prokos v. Costway.com, Inc., et al.**

IT IS SO ORDERED.